Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SOPHIE SZTORC, Respondent, v. JAMES H. STANBURY, INC., Employer, and the LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law to the Dependents of MICHAEL BARATH, Deceased, Respondents, v. ARNOLD PAINT COMPANY, Employer, and the STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICH., Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Application of WILLIAM J. JUDGE and PEOPLE'S GAS LIGHT AND COKE COMPANY OF BUFFALO, Respondents, for a Writ of Certiorari to Be Directed to PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Appellant.— Order staying proceedings modified to provide that the stay shall terminate at the term of this court to be held in March, 1920, unless the proceedings upon certiorari are argued at that term, but if they shall then be argued then that it shall terminate when this court shall make decision thereupon; and further modified by providing that all collections of excess rates shall be paid to the relator upon his filing a bond in the penalty of $60,000 to make return of the same, with six per cent interest thereon, if the court should decide that relator was not entitled thereto; such bond to be approved, as to form and the sufficiency of the sureties, by a justice of the Supreme Court. As so modified, order unanimously affirmed, without costs. Lyon, J., not voting, not being a member of the court. Kiley, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by EMMA NIELSEN, Widow, Respondent, on Account of the Death of FREDERICK NIELSEN, Deceased, v. C. F. HARMS COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Sent back to the Commission, to take further evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT B. SMITH, Appellant.— Motion granted.

GRANT RANER, Respondent, v. JOHN HORAN, Appellant, and ANNA HORAN, Defendant.— Motion granted, unless, within twenty days, the appellant files and serves the printed papers on appeal, and pays ten dollars costs of this motion, in which case motion is denied, without costs.

BENJAMIN SCHMARGON, Respondent, v. LOUIS ROSENSTEIN, Appellant.— Motion granted, unless, within twenty days, the appellant files and serves the printed papers on appeal, and pays ten dollars costs of this motion, in which case motion is denied, without costs.

HAZEL B. THAYER, Respondent, v. JOHN LEGGETT & SON, a Domestic Corporation, and Others, Appellants.— Motion granted, unless, within twenty days, the appellants file and serve the printed papers on appeal, and pay ten dollars costs of this motion, in which case motion is denied, without costs.